**No. 53743.**—Chicago Macaroni Co. of N. Y., Inc. v. United States, protests 145315–K and 145316–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties.   The protests were sustained to this extent.

BEFORE THE FIRST DIVISION, NOVEMBER 29, 1949

**No. 53744.**—L. Bamberger & Co. et al. v. United States, protests 644579–G, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 53745.**—Sid Katz, Inc. v. United States, protests 131592–K, etc. (Laredo).

Opinion by MOLLISON, J.   When the case was called for trial protests 131592–K and 131593–K were abandoned.   It was conceded by the Government that the boots in question were actually made by the stitch-down method rather than the welt, and it was stipulated in the case of protest 131594–K that "there are 279 pairs of boots of the sizes 18½ to 21, inclusive, and that those constitute youths' sizes and are boots used chiefly by youths."   On the record presented, protests 131592–K and 131593–K, having been abandoned, were dismissed.   The claim in protest 131594–K was sustained to the extent above indicated.

COLE, J., concurring.